FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  Harry.Yee@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ESTATE OF WILLIAM BRYAN HUCKABEE, by and through its Executor LILLIAN ARRUBIO ABUAN; and LILLIAN ARRUBIO ABUAN, Individually,<br><br>             Plaintiffs,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | CIVIL NO. 10-00385 DAE KSC<br><br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF
ALL CLAIMS AND PARTIES**

IT IS HEREBY STIPULATED, by and among PLAINTIFFS, ESTATE OF WILLIAM BRYAN HUCKABEE, by and through its Executor LILLIAN ARRUBIO ABUAN; and LILLIAN ARRUBIO ABUAN, Individually ("Plaintiffs"), and DEFENDANT UNITED STATES OF AMERICA ("Defendant"), by and through their respective undersigned counsel, that all claims asserted by Plaintiffs against Defendant in this matter be and are hereby

dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party is to bear its own attorney's fees and costs.  There remain no claims or parties to this matter.  Trial was set for October 18, 2011.

    DATED:    May 25, 2011, at Honolulu, Hawaii.

    FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

/s/ Harry Yee
By:_____
   HARRY YEE
   Assistant U.S. Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

    DATED:    May 23, 2011, at Honolulu, Hawaii.

/s/ Donald E. Fisher
_____
DONALD E. FISHER

Attorney for Plaintiffs

APPROVED AND SO ORDERED:

_____
David Alan Ezra
United States District Judge

_____

ESTATE OF WILLIAM BRYAN HUCKABEE  v. USA et al., Civil No. 10-00385 DAE KSC; Stipulation for Dismissal with Prejudice of All Claims and Parties